IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| ANGELA P. CLARK, as Administrator of The Estate of JADA DOMENIQUE MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT J. SHIELDS, JR., and U-HAUL CO. OF ARIZONA,<br><br>Defendants. | Civil Action No. 5:21-cv-148 |

## DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made

U-Haul Co. of Arizona who is Defendant makes the following disclosures:

1. Is party a publicly held corporation or other publicly held entity?

    (  ) YES                               ( ● ) NO

2. Does party have any parent corporations?

    ( ● ) YES                              (  ) NO

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

    U-Haul Co. of Arizona, an Arizona corporation ("UHAZ"), is wholly owned by U-Haul International, Inc., a Nevada corporation ("UHI"). UHI is wholly owned by AMERCO, a Nevada corporation ("AMERCO").

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

( ● ) YES ( ) NO

If yes, identify all such owners:

UHI owns 100% of the stock of UHAZ. UHI is wholly owned by AMERCO, a publicly held corporation.

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?

( ) YES ( ● ) NO

If yes, identify entity and nature of interest:

5. Is party a trade association?

( ) YES ( ● ) NO

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:
N/A

*/s/Paul J. Osowski*  10/08/2021
(Signature) (Date)

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that he has served a copy of the foregoing document upon counsel of record via ECF, by mailing a true copy thereof, through the United States Mail, first class, postage prepaid, and by electronic mail on this the 8th day of October, 2021, and addressed as follows:

| | |
|---|---|
| Jonathan Holder<br>Lanier Law Group, P.A.<br>4915 Piedmont Parkway, Suite 104<br>Jamestown, North Carolina 27282<br>P: (336) 855-8554<br>F: (866) 996-0956<br>Email: Jonathan.holder@lanierlawgroup.com<br><br>*Attorney for Plaintiff* | Robert J. Shields, Jr.<br>c/o Mecklenburg County Jail<br>PID: 0000186876<br>700 East 4th Street<br>Charlotte, North Carolina 28202<br><br>*Defendant* |
| Constitution State Services, LLC<br>c/o Registered Agent Corporation Services Company<br>211 E. 7th Street, Suite 620<br>Austin, Texas 78701<br><br>*Unnamed Defendant* | Indian Harbor Insurance Company<br>c/o Registered Agent The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, Delaware 19801<br><br>*Unnamed Defendant* |

                                          */s/ Paul J. Osowski*
                                          Paul J. Osowski

                                          *Attorney for Defendant U-Haul Co. of Arizona*