IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:21-cv-148-KDB-DSC

| | |
|---|---|
| MARQUIS A. OWENS, as Administrator of the Estate of JADA DOMENIQUE MOORE,<br>Plaintiff,<br>v.<br>ROBERT J. SHIELDS, JR., and U-HAUL CO. of ARIZONA,<br>Defendants. | **ORDER ALLOWING SUBSTITUTION OF PARTY PLAINTIFF** |

**THIS MATTER** coming before the Court upon a Stipulation to Allow Substitution of Party Plaintiff signed by counsel for Plaintiff Angela P. Clark, counsel for proposed substituted party Plaintiff Marquis A. Owens, and counsel for Defendant U-Haul Co. of Arizona, which Stipulation has been filed with the Court; and

**IT APPEARING** to the Court, based upon the aforesaid Stipulation, that this Order should be entered to provide for the substitution of Marquis A. Owens, Administrator of the Estate of Jada Domenique Moore as the Plaintiff in this action in place of Angela P. Clark;

**NOW THEREFORE** it is hereby **ORDERED** that there be a substitution of parties Plaintiff as follows:

1. Marquis A. Owens, Administrator of the Estate of Jada Domenique Moore is hereby substituted as the Plaintiff in place of Angela P. Clark, as if he had been the original party Plaintiff named in this action.

2. The Clerk is directed to note the substitution of Marquis A. Owens, Administrator of the Estate of Jada Domenique Moore in place of Angela P. Clark as the Plaintiff herein on the court file and in all electronic records maintained by the Clerk related to or for this action.

3. The parties are directed to use a case caption that reflects Marquis A. Owens, Administrator of the Estate of Jada Domenique Moore as the Plaintiff herein and that omits any reference to Angela P. Clark as the Plaintiff herein.

**SO ORDERED**.

Signed: March 29, 2022

David S. Cayer
United States Magistrate Judge